## PROPOSED ORDER/COVER SHEET

**TO:**      **Honorable Edward M. Chen**         **RE:**     **Shephard, Barbara**
          **U.S. Magistrate Judge**

**FROM:**    **Claudette M. Silvera, Chief**       **DOCKET NO.:**    **CR-05-00483**
            **U.S. Pretrial Services Officer**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Josh Libby**                         **415-436-7501**
**Pretrial Services Officer Assistant**           **TELEPHONE NUMBER**

**RE:**    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. C on 1/25/06 at 9:30 AM.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

     A.

     B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____      1/19/06
**JUDICIAL OFFICER**               **DATE**